<u>United States District Court</u>
~~SUPERIOR COURT OF THE DISTRICT OF COLUMBIA~~
~~CIVIL DIVISION—CIVIL ACTIONS BRANCH~~
For the District of Columbia

THOMAS ALSTON

    Plaintiff,

v.

                                      21-cv-02109
                              Case No. ~~2021-CA-002346-B~~

DIGITAL RISK, LLC et al.

    Defendants.

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to D.C. Super. Ct. R. Civ. Proc. Rule 41(a)(1)(A)(i), Plaintiff, Thomas Alston, voluntarily dismisses certain defendants, including CAN Capital Asset Servicing, Inc., Yellowstone Capital and Forward Financing LLC *only*. This dismissal is *with prejudice*.

Respectfully executed this 9th day of August, 2021.

                                          Respectfully submitted,

                                          */s/ Thomas Alston*
                                          Thomas Alston
                                          4020 Southern Ave SE
                                          Washington, DC 20020
                                          (240) 432-0927
                                          *Pro Se Plaintiff*



RECEIVED Mail Room AUG 13 2021 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia