**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THOMAS J. ALSTON, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | )   Case # 21-cv-02109 (APM) |
| | ) |
| DIGITAL RISK, LLC, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Thomas Alston and Defendant Digital Risk LLC hereby stipulate to the dismissal, with prejudice, of all claims in this action against Digital Risk, with each side to bear its own costs and attorneys' fees. The stipulation is signed by all parties who have appeared.

Dated September 29, 2021.

*/s/ Thomas J. Alston*
Thomas J. Alston
4020 Southern Ave SE
Washington, DC 20020
(240) 432-0927
*Pro Se Plaintiff*

*/s/Kristen Rodriguez*
Kristen Rodriguez
DENTONS US LLP
1900 K Street, N.W.
Washington, D.C. 20006
kristen.rodriguez@dentons.com
(202) 496 7188
(202) 496-7756
*Counsel for Digital Risk LLC*

*/s/ Syed M. Reza*
Syed M. Reza
TROUTMAN PEPPER HAMILTON SANDERS
401 9th Street, N.W., Suite 1000
Washington DC, DC 22046
(202) 274-1927
Fax: (703) 448-6510
Email: mohsin.reza@troutman.com
*Counsel for Defendant Freedom Debt Relief, LLC*

*/s/ Joy Catherine Einstein*
Joy Catherine Einstein
SHULMAN, ROGERS, GANDAL, PORDY & ECKER. P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, MD 20854-6803
(301) 945-9250
Fax: (301) 230-2891
Email: jeinstein@shulmanrogers.com
*Counsel for Defendants CAN Capital Asset Servicing, Inc., Yellowstone Capital*, and *Forward Financing*

*/s/ Amanda Raines Lawrence*
Amanda Raines Lawrence
BUCKLEY LLP
2001 M St. NW
Suite 500
Washington, DC 20036
(202) 349-8089
Email: alawrence@buckleyfirm.com
*Counsel for Defendant American Mortgage Consultants*

**CERTIFICATE OF SERVICE**

  I, Kristen Rodriguez, certify that on September 29, 2021, a copy of the foregoing was electronically filed with the Clerk of the Court for the United States District Court for the District of Columbia using the Court's CM/ECF system, thereby serving all counsel of record. An electronic copy was served on Plaintiff, who is appearing *pro se*, via e-mail.

               */s/ Kristen Rodriguez*