IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS J. ALSTON,**<br><br>Plaintiff,<br><br>v.<br><br>**DIGITAL RISK LLC,** *et al.*,<br><br>Defendants. | Civil Action No.: 21cv2109-APM |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Thomas Alston, hereby voluntary dismisses Defendant Freedom Debt Relief, LLC and all claims asserted against it with prejudice. This dismissal applies to Defendant Freedom Debt Relief, LLC *only*.

Dated: September 27, 2021

Respectfully submitted,

*/s/ Thomas Alston*
Thomas J. Alston
4020 Southern Ave. SE
Washington, DC 20020
Tel: 240-432-0927