UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS ALSTON

    Plaintiff,

v.                                      Civil Action No.: **21-cv-02109-APM**

DIGITAL RISK, LLC et al.

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(i), Plaintiff Thomas Alston, hereby, voluntarily dismisses, *without prejudice*, defendant American Mortgage Consultants *only*.

Respectfully executed this 13th day of October, 2021.

                                                        Respectfully submitted,

                                                        Thomas Alston
                                                        4020 Southern Ave SE
                                                        Washington, DC 20020
                                                        (240) 432-0927

                                                        *Pro Se Plaintiff*



RECEIVED Mail Room
OCT 18 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia