UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS ALSTON

    Plaintiff,

v.                                          Civil Action No.: **21-cv-02109-APM**

DIGITAL RISK, LLC et al.

    Defendants.

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(i), Plaintiff Thomas Alston, hereby, voluntarily dismisses defendant SUSQUEHANNA SALT LAKE LLC *only*.

Respectfully executed this 1st day of November, 2021.


Respectfully submitted,

*/s/ Thomas Alston*

Thomas Alston
4020 Southern Ave SE
Washington, DC 20020
(240) 432-0927

*Pro Se Plaintiff*



**RECEIVED**

NOV 0 1 2021

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia